HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ENRIQUE AGUIRRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-po-00088-JDP |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE FOR PLEA AND SENTENCING; ORDER** |
| vs. | |
| ENRIQUE AGUIRRE, | |
| Defendant. | |

On May 15, 2018, the Court set Case No. 6:18-po-00088 for plea and sentencing on June 6, 2018. Unfortunately, defense counsel has discovered an issue that warrants further investigation before Mr. Aguirre moves forward with a change of plea. Accordingly, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Enrique Aguirre, that the Court continue Mr. Aguirre's hearing to July 10, 2018 at 10 a.m. in Yosemite National Park.

//

//

//

//

//

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | McGREGOR W. SCOTT<br>United States Attorney |
| Date: May 24, 2018 | | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: May 24, 2018 | | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>ENRIQUE AGUIRRE |

## **O R D E R**

The court accepts the above stipulation and adopts its terms as the Order of this court. Accordingly, Case No. 6:18-po-00088 is hereby continued to July 10, 2018 for plea and sentencing.

IT IS SO ORDERED.

Dated:   May 25, 2018                               /s/ *Jeremy D. Peterson*
                                                                  UNITED STATES MAGISTRATE JUDGE