Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>ENRIQUE V. AGUIRRE<br><br>Defendant. | Docket Number: 6:18-PO-00088-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

    The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for June 12, 2019. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on July 10, 2018.

.

Dated: May 29, 2019                                 /S/ Susan St. Vincent
                                                               Susan St. Vincent
                                                               Legal Officer
                                                               Yosemite National Park

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for June 12, 2019 in the above referenced matter, *United States v. Aguirre, 6:18-PO-0088-JDP*, be vacated.

IT IS SO ORDERED.

Dated:   June 3, 2019    _____
UNITED STATES MAGISTRATE JUDGE